## LOWRY'S APPEAL.

Appeal, No. 254, Oct. T., 1892, by S. O. Lowry, assignee, as from decree in the same cause as the preceding case and argued with it.

OPINION BY MR. JUSTICE GREEN, January 3, 1893:

For the reasons stated in the opinion in the case of Evans' Ap., No. 329 Oct. term, 1891, and filed herewith, the judgment of the court below is reversed at the cost of the appellees, and the record is remitted with instructions to correct the distribution in accordance with that opinion.